**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **SYNTHIA G. ROSS** ) | |
| ) | |
| On Behalf of Herself and ) | |
| All Others Similarly Situated, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case no.: 1:09-CV-5695 |
| vs. ) | |
| ) | |
| **RBS CITIZENS, N.A.** ) | |
| **d/b/a CHARTER ONE** ) | |
| ) | |
| -and- ) | |
| ) | |
| **CITIZENS FINANCIAL GROUP, INC.** ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

**COMES NOW** Daniel W. Craig and hereby enters his appearance as counsel of record for the plaintiffs in the above captioned matter.

2

Respectfully submitted,

*the law office of* **DONELON, P.C.** www.donelonpc.com

*/s/ Brendan J. Donelon*
Brendan J. Donelon, N.D. Ill. #43901
802 Broadway, 7th Floor
Kansas City, Missouri 64105
Tel:  (816) 221-7100
Fax:  (816) 472-6805
brendan@donelonpc.com

*the law office of* **DONELON, P.C.** www.donelonpc.com

*/s/ Daniel W. Craig*
Daniel W. Craig, N.D. Ill. #6230845
1125 Grand Blvd., Ste. 900
Kansas City, MO 64106
Tel: 816-221-7772
Fax: 816-283-3823
DCraig@DanCraigPC.com

**ATTORNEYS FOR PLAINTIFFS**